November 5, 1982.

452 A.2d 1073

Autenreith v. Slowik.

Appeal of Thomas J. Kratzenberg.

Argued June 15, 1982. M. Lawrence Shields, III, for appellant; Robert R. Graff, submitted a brief on behalf of appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.